# MINUTE ORDER

Page 18

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6   Date: 10/28/2019 Time: 2:00 p.m.

Defendant: 3) JEREMY MENDEZ-MATARRITA   J#: 18431-104   Case #: 19-3725-MJ-Becerra
AUSA: Michael Thakur   Attorney:
Violation: CONSP/MARITIME DRUG SMUGGLING   Surr/Arrest Date: 10/27/2019   YOB: 1998

Proceeding: Initial Appearance   CJA Appt: David Donet ✓
Bond/PTD Held: ○ Yes ○ No   Recommended Bond:
Bond Set at:   Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
   Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: Spanish

Disposition:
- Deft advised of rights
- Deft sworn
- Court appts CJA
- Gvt reqs PTD

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
(PTD)/Bond Hearing: 10/31   10a   Duty   MIA
(Prelim/Arraign) or Removal: 11/12   "   "   "
Status Conference RE:
D.A.R. 14:11:25/16:03:55   Time in Court: 5 mins

s/Jacqueline Becerra   Magistrate Judge